WILLIAM K. RYAN, Appearing Specially, Appellant: JOSEPH B. RYAN, Respondent.

Submitted May 15, 1944; decided May 25, 1944.

*David Asch* and *Arthur G. H. Power,* appearing specially, for motion.

*William J. Killea* and *Alexander Bicks* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the special proceedings. (See *Hammond* v. *National Life Assn.,* 168 N. Y. 262; *Matter of Kerwin,* 270 N. Y. 564.)